Willis J. Garrett and Robert J. Trokey, Plaintiffs-Appellees, v. Terminal Railroad Association of St. Louis, a Corporation, and J. J. Summer, Defendants-Appellants.

Gen. No. 63–F–9.

Fourth District.

May 28, 1963.

Cos-tello, Wiechert, Roberts & Gundlach, of East St. Louis (Edw. W. Stubbs, Jr., and Robert C. Ely, of counsel), for appellants; Jones, Ottesen & Fleming, of Belleville, for appellees. Opinion by PRESIDING JUSTICE SCHEINEMAN. Not to be published in full.